WILLIAM T. GARNAR, Respondent, *v.* AMERICAN SICK BENEFIT AND ACCIDENT ASSOCIATION, Appellant.

*Garner* v. *American S. B. & A. Assn.*, 19 App. Div. 632, affirmed.
(Argued October 5, 1900; decided October 23, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 13, 1897, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*C. H. Sturges* for appellant.

*S. W. Rosendale* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: LANDON, J.